# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

THOMAS HODGETTS,

           Plaintiff,

-vs-                                      Case No. 2:09-cv-75-FtM-99SPC

CITY OF VENICE,

           Defendant.

_____

## ORDER

This matter comes before the Court on the Defendant City of Venice's, Consent Motion to Extend the Discovery and Dispositive Motions Deadlines (Doc. #36) filed on June 30, 2010. Pursuant to Local Rule 3.01(g), the Parties conferred and the Motion is uncontested.

The Defendant moves the Court to enlarge the dispositive motions deadline up to October 15, 2010, and the discover deadline up to September 15, 2010. As grounds, the Defendant states the Plaintiff has indicated that his wife may testify and as such the Plaintiff will want to take her deposition. Additionally, the Parties are in discussions about taking a brief update deposition of the Plaintiff himself.

The additional discovery requested by the Defendant does not justify the extensions of time requested by the Parties. The trial is scheduled for the November 1, 2010, trial calendar. To enlarge the dispositive motions deadline up to October 15, 2010, would not allow the Court sufficient time to properly consider the dispositive motions on their merits. Thus, while the Court will allow some extensions of time, the Court will not allow the extensions requested by the Defendant.

Accordingly, it is now

**ORDERED:**

The Defendant City of Venice's, Consent Motion to Extend the Discovery and Dispositive Motions Deadlines (Doc. #36) is **GRANTED** as follows:

(1) The Discovery Deadline is extended up to and including **August 1, 2010.**

(2) The Dispositive Motions Deadline is extended up to and including **August 31, 2010.**

(3) All other deadlines remain unchanged.

**DONE AND ORDERED** at Fort Myers, Florida, this   2nd   day of July, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record