UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS HODGETTS,

           Plaintiff,

-vs-                                            Case No.   2:09-cv-75-FtM-99SPC

CITY OF VENICE,

           Defendant.
_____

**ORDER**

This matter comes before the Court on Defendant's Motion to Strike Affidavit of James Thompson (Doc. #79) filed on October 16, 2010.  Plaintiff did not file an opposition within the response time allowed under Local Rule 3.01(b).  Thus, the Motion is now ripe for review.

On October 15, 2010, Plaintiff filed an affidavit completed by his attorney, James Thompson (Doc. #76), which attached the Plaintiff's intake questionnaire associated with his EEOC Charge, Plaintiff's union grievance, the first page of an internal affairs investigation report, and the City's response to the Charge.  The affidavit and attached documents were filed to further rebut arguments asserted in the City's Amended Motion for Summary Judgment (Doc. #48).

The deadline for Plaintiff to respond to the City's Amended Motion for Summary Judgment was September 28, 2010.  The affidavit was filed over two weeks past this deadline without leave of Court.  Thus, the affidavit was untimely filed and is due to be stricken.

Accordingly, it is now

**ORDERED:**

Defendant's Motion to Strike Affidavit of James Thompson (Doc. #79) is **GRANTED**. The Affidavit of James Thompson (Doc. #76) is hereby stricken.

**DONE AND ORDERED** at Fort Myers, Florida, this   2nd   day of November, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record